

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-23-00249-CV |
| N.M. AND Z.M., | § | Appeal from the |
| Children. | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2022DCM5525) |

## <u>MEMORANDUM OPINION</u>

Before this Court is Appellant's motion to voluntarily dismiss this appeal. The motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

January 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.